SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> v. <br><br> Floor Liquidators, Inc., et al., <br><br> Defendants. | Case No. 2:11-cv-03174-MCE-EFB <br><br> **ORDER RE: STIPULATION FOR DISMISSAL** |

Pursuant to the parties' stipulation, the above-entitled action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

IT IS SO ORDERED.

Dated:   January 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT